1  ROLAND M. JUAREZ (SBN 160793)
   JOANNA H. KIM (SBN 183799)
2  MICHAEL S. GUNTERSDORFER (SBN 232307)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:   310-229-1000
   Facsimile:   310-229-1001
5  E-mail:   rjuarez@akingump.com
              jkim@akingump.com
6             mguntersdorfer@akingump.com

7  Attorneys for Plaintiff
   ROBERT HALF INTERNATIONAL INC.
8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

| 13 | ROBERT HALF INTERNATIONAL INC., a Delaware corporation, | Case No. 1:07-cv-00799-LJO-SMS |
|---|---|---|
| 14 |  | Assigned to the Honorable Lawrence J. O'Neill |
| 15 | Plaintiff, |  |
| 16 | v. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| 17 | TRACI MURRAY, an individual; and DOES 1 through 10, inclusive, |  |
| 18 | Defendants. | Local Rule 6-144(a) |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff Robert Half International Inc. filed this action in this Court on May 31, 2007;

WHEREAS, Defendant Traci Murray was personally served with the Summons and Complaint on June 1, 2007;

WHEREAS, Defendant Traci Murray's response to Plaintiff's Complaint is currently due on June 21, 2007, in accordance with Federal Rule of Civil Procedure 12;

WHEREAS, Defendant Traci Murray, through her attorneys of record, has requested a thirty-day extension of time to respond to Plaintiff's Complaint.

THEREFORE, IT IS STIPULATED by and between Plaintiff and Defendant, through their attorneys of record, and in accordance with Local Rule 6-144:

1. The deadline for filing and service of Defendant Traci Murray's response to Plaintiff's Complaint shall be extended to Monday, July 23, 2007.

Dated:  June 14, 2007

By      /s/ Michael Guntersdorfer
Michael Guntersdorfer
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:  310.229.1000
Facsimile:  310.229.1001
E-mail:  mguntersdorfer@akingump.com

Dated: June 14, 2007

By      /s/ Monica Menendez
Monica Menendez
Hinshaw & Culbertson LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Telephone:  310.909.8000
Facsimile:  310.909.8001
E-mail:  mmenendez@hinshawlaw.com

**ORDER**

**IT IS SO ORDERED.**

Dated:  **May 18, 2007**              /s/ Sandra M. Snyder
HONORABLE SANDRA M. SNYDER
UNITED STATES DISTRICT JUDGE

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com