1  CLINT D. ROBISON (SBN 158834)
   FILOMENA E. MEYER (SBN 151410)
2  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
3  Los Angeles, CA 90025

4  Telephone:  310-909-8000
   Facsimile:  310-909-8001
5  crobison@hinshawlaw.com
   fmeyer@hinshawlaw.com

Attorneys for Defendant Traci Murray

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ROBERT HALF INTERNATIONAL INC., a Delaware corporation, <br><br>          Plaintiff, <br><br>     vs. <br><br> TRACI MURRAY, an individual; and DOES 1 through 10, inclusive, <br><br>          Defendants. | Case No.: 07 CV-00799-LJO (SMS) <br><br> **STIPULATION RE CONTINUANCE OF EXPERT DISCLOSURE DATES;** <br><br> **ORDER** |

**THE PARTIES HEREIN**, by and through the respective attorneys of record, do hereby stipulate that:

1.  The expert disclosure date previously set for December 19, 2007 shall be continued to **January 28, 2008** to allow the parties to complete discovery of information necessary for the written reports; and

1

PDF created with pdfFactory trial version www.pdffactory.com

2. The supplemental/rebuttal disclosure date previously set for January 8, 2008 shall be continued to **February 11, 2008.**

**IT IS SO STIPULATED:**

DATED:  December 17, 2007			HINSHAW & CULBERTSON LLP


					By:        /s/ Filomena E. Meyer
						Filomena E. Meyer
						Attorneys for Defendant
						Traci Murray


DATED:  December 17, 2007			AKIN GUMP STRAUSS HAUER & FELD, LLP


					By:        /s/ Joanna H. Kim
						Joanna H. Kim
						Attorneys for Plaintiff
						Robert Half International, Inc.

IT IS SO ORDERED.

DATED   12/21/2007



					     /s/ Sandra M. Snyder
					SANDRA M. SNYDER
					UNITED STATES DISTRICT
					COURT MAGISTRATE JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com

31098629v1 876659