# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HALF INTERNATIONAL, INC., | CASE NO. CV F 07-0799 LJO SMS |
| Plaintiff, | **ORDER GRANTING AN EX PARTE** ORDER SHORTENING TIME |
| vs. | |
| TRACI MURRAY, | |
| Defendant. / | |

Defendant Traci Murray filed a request to continue the trial and discovery dates in this matter. The Court construes the request as an *ex parte* application for an order shortening time. Based upon plaintiff's motion, the Court grants the *ex parte* application as follows:

1. The motion to continue trial and reset discovery dates is set for February 1, 2008 at 9:30 a.m. in Department 7 (SMS).
2. Any opposition to the motion to continue shall be filed by February 26, 2008.
3. Any reply shall be filed by January 29, 2008 and is limited to five pages.
4. The discovery cut off and expert discovery cut off is stayed pending resolution of this motion.

**IT IS SO ORDERED.**

Dated:   **January 22, 2008**              /s/ Lawrence J. O'Neill
                                           **UNITED STATES DISTRICT JUDGE**