1  ROLAND M. JUAREZ (SBN 160793)
   JOANNA H. KIM (SBN 183799)
2  MICHAEL S. GUNTERSDORFER (SBN 232307)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:     310-229-1000
   Facsimile:     310-229-1001
5  E-mail:        rjuarez@akingump.com
                  jkim@akingump.com
6                 mguntersdorfer@akingump.com

7  Attorneys for Plaintiff
   ROBERT HALF INTERNATIONAL INC.
8
   CLINT D. ROBISON (SBN 158834)
9  FILOMENA E. MEYER (SBN 151410)
   AMY K. JENSEN (SBN 226589)
10 **HINSHAW & CULBERSTON LLP**
   11601 Wilshire Blvd., Suite 800
11 Los Angeles, California 90025
   Telephone:     310-909-8000
12 Facsimile:     310-909-8001
   E-mail:        crobison@hinshawlaw.com
13                fmeyer@hinshawlaw.com
                  ajensen@hinshawlaw.com
14
   Attorneys for Defendant TRACI MURRAY
15 Attorneys for Claimant BARRETT BUSINESS
   SERVICES, INC.

16

17

18                       UNITED STATES DISTRICT COURT

19                       EASTERN DISTRICT OF CALIFORNIA

20                              FRESNO DIVISION

21 ROBERT HALF INTERNATIONAL INC., a    | Case No. 1:07-CV-00799-LJO-SMS
   Delaware corporation,
22                                       | **STIPULATION AND ORDER RE**
                 Plaintiff,              | **DISCOVERY AND PRETRIAL**
23                                       | **SCHEDULE**
          v.
24
   TRACI MURRAY, an individual; and DOES
25 1 through 10, inclusive,              | Judge:    Lawrence J. O'Neill

26               Defendants.

27

28 6199937

STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND PRETRIAL SCHEDULE

Case No. 1:07-CV-00799-LJO-SMS
31089572v1 876659

STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND PRETRIAL SCHEDULE

Pursuant to the telephonic conference with the Honorable U.S. Magistrate Judge Sandra M. Snyder, Plaintiff Robert Half International Inc. ("RHI") together with Defendant and Counterclaimant Traci Murray ("Murray") and Claimant Barrett Business Services, Inc. ("BBSI"), by and through their respective counsel of record, hereby stipulate and propose to be entered as an Order of the Court the following terms:

1. The deadline for RHI to amend its Complaint and add parties is February 18, 2008;

2. The Nonexpert Discovery Cutoff shall be extended to April 30, 2008;

3. The deadline for Expert Disclosures shall be extended to March 31, 2008;

4. The deadline for any Rebuttal Expert Disclosures shall be extended to April 28, 2008;

5. The Expert Discovery Cutoff shall be extended to May 19, 2008;

6. All designated experts shall make themselves available for deposition within two weeks of service of their respective expert disclosures, and if any motions to compel becomes necessary relating to the designated experts, the parties agree to proceed on an accelerated basis to ensure that all such motions are heard prior to the Expert Discovery Cutoff;

7. The Dispositive Motion Hearing shall be continued to May 19, 2008;

8. The Pretrial Conference shall be continued to July 8, 2008 at 8:30; and **

9. The Jury trial shall be continued to August 11, 2008 at 9:00am. **

Dated: February 7, 2008      AKIN GUMP STRAUSS HAUER & FELD LLP

By_____
Joanna H. Kim
Attorneys for Plaintiff
ROBERT HALF INTERNATIONAL, INC..

Dated: February 7, 2008      HINSHAW & CULBERTSON, LLP

By_____
Filomena E. Meyer
Attorneys for Defendant TRACI MURRAY
and Claimant BARRETT BUSINESS SERVICES, INC.

IT IS SO ORDERED:

Date: February 12, 2008      By: /s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
United States District Judge

** Dates amended due to current trial schedule of Judge O'Neill.

6199937

2

STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND PRETRIAL SCHEDULE
Case No. 1:07-CV-00799-LJO-SMS