IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HALF INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRACI MURRAY, <br><br> Defendant. <br> _____ / <br> AND RELATED COUNTER CLAIM <br> _____ / | CASE NO. CV F 07-0799 LJO SMS <br><br> **ORDER DENYING REQUEST FOR SEALING DOCUMENTS WITHOUT PREJUDICE** |

The Court has received and reviewed Plaintiff's motion for permission to file documents under seal. The Court DENIES the request without prejudice. Plaintiff seeks to file every document under seal in support of its opposition to the motion for summary judgment - the declarations, the memorandum of points and authorities, the undisputed facts, etc. (See Doc. 90.) The only explanation as to why these documents must be concealed from public review is that 'documents contain information and/or documents that the parties have designated "Confidential" or "Attorneys' Eyes Only."' The Court finds the explanation to be inadequate. The motion neither states a compelling reason nor good cause to seal the documents and to deny the public's right to access. See *Kamakana v. City & County of Honolulu*, 447 F3d 1172, 1179 (9th Cir. 2006).

The Court notes that the parties have previously filed various documents under seal without complying with this Court's Local Rule 39-141. The parties are DIRECTED to comply with Local Rule 39-141 for future sealing requests.

IT IS SO ORDERED.

**Dated:     June 10, 2008**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1