# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HALF INTERNATIONAL, INC.,<br><br>              Plaintiff,<br><br>     vs.<br><br>TRACI MURRAY,<br><br>              Defendant.<br>_____/<br>AND RELATED COUNTER CLAIM<br>_____/ | CASE NO. CV F 07-0799 LJO SMS<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

Trial in this matter is set for August 18, 2008 in Department 4. Pending before this Court is defendant's motion for summary judgment. Defendant Murray signed a non-solicitation provision which she now claims is unenforceable because it is not a narrow restriction on trade. "Except as provided in this chapter, every contract by which anyone is restrained from engaging in a lawful profession, trade, or business of any kind is to that extent void." Bus. & Prof.C. § 16600. Generally, a covenant not to solicit the former employer's customers is treated as a covenant not to compete and is invalid under Bus. & Prof.C. § 16600. It is "allowable only when they protect trade secrets or confidential propriety information." *Thompson v. Impaxx, Inc.*, 113 CA4th 1425, 1429 (2003). An allowable exception is that the agreement's restraint on trade is narrow in scope. *General Comm'l Packaging, Inc. v. TPS Package Engineering, Inc.*, 126 F3d 1131, 1134 (9th Cir. 1997). No reported California state court decision has endorsed this narrow restraint exception, and review has been granted in a case that has rejected it. This issue is presently before the California Supreme Court in *Edwards v. Arthur Andersen, LLP*, S147190, which was argued on June 4, 2008. Neither party addressed the case or the potential impact of the

1 | California's Supreme Court's decision on the instant case.

2 |     Accordingly, the Court requests the parties each provide supplemental briefing on this issue.

3 | Briefs shall be filed no later than June 18, 2008 and shall be limited to a maximum of seven pages.

4 | IT IS SO ORDERED.

5 | **Dated:   June 11, 2008**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE