ROLAND M. JUAREZ (SBN 160793)
JOANNA H. KIM (SBN 183799)
KALIA C. PETMECKY (SBN 194094)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
E-mail:      rjuarez@akingump.com
             jkim@akingump.com
             kpetmecky@akingump.com

Attorneys for Plaintiff and Counterdefendant
ROBERT HALF INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT HALF INTERNATIONAL INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>TRACI MURRAY, an individual; and BARRETT BUSINESS SERVICES, INC., a California corporation,<br><br>            Defendants. | Case No. 1:07-CV-00799-LJO-SMS<br><br>**SEALING ORDER FOR PARTIAL RELIEF FROM MINUTE ORDER**<br><br>Judge:   Lawrence J. O'Neill |
| TRACI MURRAY and BARRETT BUSINESS SERVICES, INC.<br><br>            Counterclaimants,<br><br>    v.<br><br>ROBERT HALF INTERNATIONAL INC., and DOES 1 through 10, inclusive,<br><br>            Counterdefendant. | |

**SEALING ORDER FOR PARTIAL RELIEF FROM MINUTE ORDER**

Based on the Motion for Partial Relief from the Court's Minute Order and attached memorandum of points and authorities and supporting declaration filed by Plaintiff and Counterdefendant Robert Half International Inc. ("RHI"), the Court finds good cause to GRANT RHI's request for partial relief from the Court's Minute Order, entered on June 10, 2008 and pursuant to Local Rule Local Rule 39-14, the Court finds compelling reasons exist to seal the requested portions of documents identified below:

1. Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment only as to the following:

    (a)  6:17-19:[1] identifying RHI clients for which Murray had sales activity at RHI just two months before her departure from RHI.

    (b)  7:13-15: identifying RHI client.

    (c)  7:19, 7:21, 7:23-24, 7:26: identifying RHI clients and their contact persons.

    (d)  8:2, 8:5, 8:7-8, 8:11-15, 8:17, 8:20-22: identifying RHI clients and their contact persons.

    (e)  9:10, 9:18: identifying revenues generated by BBSI from RHI clients and percent of gross margins from BBSI's PEO clients.

    (f)  10: 11-13, 10:18: identifying RHI clients.

    (g)  18:27-28: identifying RHI clients.

    (h)  20:24-21:1: identifying RHI clients.

    (i)  21:10-11, 21:13-14, 21:28: identifying RHI clients.

    (j)  22:1-6, 22:21-23: identifying RHI clients.

    (k)  23:4-14:  identifying RHI clients.

    (l)  23:25: identifying percent of gross margins from BBSI's PEO clients.

    (m)  24:7-8:  identifying RHI clients.

---

[1] Page and line notations are denoted by __:___, *i.e.*, Page 6, lines 17 through 19 corresponds to 6:17-19.

6254059

1

2. Plaintiff's Statement of Disputed Facts and Evidence in Opposition to Defendants' Motion for Partial Summary Judgment only as to the following:

    (a) No. 46: identifying RHI clients.

    (b) Nos. 61-63: identifying RHI clients.

    (c) Nos. 64: identifying RHI candidate/client.

    (d) Nos. 65-71: identifying RHI clients.

    (e) No. 72: identifying RHI candidate.

    (f) No. 74: identifying RHI client.

    (g) Nos. 76-77: identifying RHI candidate/client.

    (h) No. 83: identifying revenues generated by BBSI from RHI clients.

    (i) No. 88: identifying percent gross margin from BBSI's PEO clients.

    (j) Nos. 94-96: identifying RHI clients.

    (k) No. 98: identifying RHI client.

    (l) No. 108-109: identifying RHI clients.

3. Declaration of Brenda Arnold and Exhibits thereto only as to the following:

    (a) at ¶11: identifying RHI clients.

    (b) Exhibit "A": a RHI customer list.

    (c) Exhibits "B" through "D": RHI revenue reports.

4. Declaration of Joanna H. Kim and Exhibits thereto only as to the following:

    (a) 8:5-7: identifying RHI clients.

    (b) 11:11: identifying RHI clients.

    (c) 11:21-27: identifying RHI clients.

    (d) Exhibits "1" through "26": identifying RHI customers and contact persons.

    (e) Exhibit "28": identifying RHI clients.

    (f) Exhibit "36": a BBSI's gross margin/revenue report.

    (g) Exhibit "41": a RHI customer list.

    (h) Exhibit "45": a BBSI's gross margin/revenue report.

    (i) Exhibit "46": a BBSI's gross margin/revenue report.

      (j)      Exhibit "48": identifying a contact person for an identified RHI client.

      (k)      Exhibits "50" through "60": identification of contact persons for identified RHI clients.

      (l)      Exhibit "61": a BBSI's gross margin/revenue report.

      (m)      Exhibits "62" through "63": identification of contact persons for identified RHI clients.

      (n)      Exhibit "64": identifying Murray's salary.

      (o)      Exhibit "66": identifying BBSI's clients.

      (p)      Exhibits "67" through "74": identification of contact persons for identified RHI clients.

      (q)      Exhibits "77" through "86": identification of contact persons for identified RHI clients.

      (r)      Exhibit "87": identifying Murray's salary.

      (s)      Exhibit "90": BBSI's gross margin/revenue reports.

      (t)      Exhibit "92": an RHI revenue report.

5. Declaration of Kim Bukhari, submitted on June 9, 2008: only as to ¶¶2-3: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

6. Declaration of Karen Burdick: only as to ¶¶2-3: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

7. Declaration of Trish Ciari: only as to ¶¶2-7: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

8. Declaration of Jadeen Fliflet and Exhibit thereto: only as to ¶¶2-4: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

9. Declaration of Peggy Lovell: at ¶¶2-3: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

10. Declaration of Suzy Matsumoto-Jones: at ¶¶2-3: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

11. Declaration of Elizabeth Mood, only as to ¶2: identifying the name of a decision maker at an RHI client, and that such client was an RHI client.

12. Declaration of Kristie Olson, only as to ¶¶2-5: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

13. Declaration of.Lleyson Pineda, only as to ¶¶2-4: identifying an RHI client.

14. Declaration of Rachelle Riggs, only as to ¶¶2-3: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

15. Declaration of Rick Rush, only as to ¶¶2-4: identifying the name of a decision maker at an RHI client, and that such client was an RHI client and now a current BBSI client.

16. Plaintiff's Opposition To Defendants' Statement of Undisputed Facts and Evidence Re Defendants' Partial Motion For Summary Judgment only as to the following:

    (a) No. 14 (at 7:20-28): identifying RHI clients with which Murray had sales activity at RHI just two months before her departure from RHI.

    (b) No. 16 (at 9:19): identifying revenues generated by BBSI from RHI clients.

    (c) Nos. 22-23: identifying a contact person for an identified RHI client.

    (d) No. 26: identifying a contact person for an identified RHI client.

    (e) No. 33: identifying an RHI client.

    (f) Nos. 36-40: identifying a contact person for an identified RHI client.

    (g) No. 44-48: identifying a contact person for an identified RHI client.

    (h) Nos. 52-53: identifying a contact person for an identified RHI client.

    (i) No. 55: identifying a contact person for an identified RHI client.

    (j) No. 58: identifying a contact person for an identified RHI client.

    (k) No. 62: identifying RHI client.

    (l) Nos. 64-65: identifying a contact person for an identified RHI client.

1    (m)  No. 68-71: identifying a contact person for an identified RHI client.

2    (n)  Nos. 72: identifying an RHI client.

3    (o)  Nos. 73-74: identifying a contact person for an identified RHI client.

4    (p)  No. 78: identifying a contact person for an identified RHI client.

5    (q)  No. 86: identifying a contact person for an identified RHI client.

6    (r)  No. 97-100: identifying a contact person for an identified RHI client and RHI
7         candidate.

8    (s)  No.101: identifying percent of gross margins for BBSI's PEO clients.

9    (t)  No. 108: identifying a contact person for an identified RHI client.

10   (u)  Nos. 111-113: identifying a contact person for an identified RHI client.

11   (v)  Nos. 115-116: identifying a contact person for an identified RHI client.

12   (w)  Nos. 121-122: identifying an RHI client.

13   (x)  No. 125: identifying a contact person for an identified RHI client.

14   (y)  Nos. 133-137: identifying a contact person for an identified RHI client.

15   (z)  No. 138: identifying a contact person for an identified RHI client.

16   (aa) Nos. 141-142: identifying a contact person for an identified RHI client.

17   (bb) Nos. 143-146: identifying an RHI client.

18   (cc)  No. 147: identifying a contact person for an identified RHI client.

19   (dd) No. 148 (at 69:13): identifying revenues generated by BBSI from RHI clients.

**IT IS SO ORDERED**.

Plaintiff shall file the entirety of the documents, with the above portions in redacted form, to allow for the public's right of access of all non-confidential information. In addition, plaintiff shall submit the entirety of the documents which contain confidential information pursuant to Local Rule 39-141.  Plaintiff need not submit courtesy copies.

Dated:  June 17, 2008                    By            /s/ Lawrence J. O'Neill
                                                    Honorable Lawrence J. O'Neill
                                                      United States District Judge