HUNTON & WILLIAMS LLP
ROLAND M. JUAREZ (State Bar No. 160793)
ANN MARIE MORTIMER (State Bar No. 169077)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiff and Counterdefendant,
ROBERT HALF INTERNATIONAL INC.

FILED
OCT 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ROBERT HALF INTERNATIONAL, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRACI MURRAY, an individual; BARRETT BUSINESS SERVICES, INC., a Washington corporation, and DOES 2 through 10, inclusive,<br><br>Defendant.<br><br>TRACI MURRAY and BARRETT BUSINESS SERVICES, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>ROBERT HALF INTERNATIONAL, INC., and DOE 1 through 10, inclusive<br><br>Counterdefendant. | CASE NO.: 07-CV-00799 LJO-SMS<br><br>[~~PROPOSED~~] SEALING ORDER<br><br><br><br>DATE: October 23, 2008<br>TIME: 9:30 A.M.<br>CTRM.: 7, Via Telephonic<br><br>Conference before Magistrate Judge Sandra M. Snyder |

RECEIVED
OCT 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

[PROPOSED] SEALING ORDER

Pursuant to Local Rule 39-141 and the Stipulation and Protective Order entered on September 18, 2007, Plaintiff and Counterdefendant Robert Half International Inc. ("Plaintiff" or "RHI") has applied for an order permitting it to file relevant excerpts from the Deposition of Brenda Arnold under seal; and GOOD CAUSE appearing therein.

IT IS HEREBY ORDERED that the foregoing document shall be filed under seal.

Dated: __10/21__, 2008

_____
Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE