1  ROLAND M. JUAREZ (SBN 160793)
**HUNTON & WILLIAMS LLP**
2  550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
3  Telephone:     213-532-2000
Facsimile:     213-532-2020
4  E-mail:        rjuarez@hunton.com

5  Attorneys for Plaintiff and Counterdefendant
ROBERT HALF INTERNATIONAL INC.
6
CLINT ROBISON (SBN 158834)
7  DESMOND J. HINDS (SBN 105831)
FILOMENA E. MEYER (SBN 151410)
8  **HINSHAW & CULBERTSON LLP**
11601 Wilshire Blvd, Suite 800
9  Los Angeles, California 90025
Telephone:     310-909-8000
10 Facsimile:     310-909-8001
E-mail:        crobison@hinshawlaw.com
11             dhinds@hinshawlaw.com
               fmeyer@hinshawlaw.com
12
Attorneys for Defendants and Counterclaimants
13 BARRETT BUSINESS SERVICES, INC. and TRACI
MURRAY
14
## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBERT HALF INTERNATIONAL INC., a Delaware corporation, | Case No. 1:07-CV-00799-LJO-SMS |
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND FINAL ORDER** |
| v. | |
| TRACI MURRAY, an individual; and BARRETT BUSINESS SERVICES, INC., a California corporation, | |
| Defendants. | |
| TRACI MURRAY and BARRETT BUSINESS SERVICES, INC., | |
| Counterclaimants, | |
| v. | |
| ROBERT HALF INTERNATIONAL INC., and DOES 1 through 10, inclusive, | |
| Counterdefendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant Robert Half International Inc., on the one hand, and Defendants and Counterclaimants Barrett Business Services, Inc. and Traci Murray, on the other, collectively referred to herein as the "Parties," stipulate through their respective counsel that this action and all claims asserted by all Parties in this action are dismissed with prejudice.  The Parties agree that the Court shall retain jurisdiction to enforce the Parties' Confidential Settlement and Release Agreement ("Settlement Agreement") and the Parties' Stipulated Injunction.  To this end, the Parties submit to the jurisdiction of this Court for purposes of enforcement of the Settlement Agreement and Stipulated Injunction.  The Parties further stipulate that each shall bear her/its own costs and attorneys' fees, except as otherwise agreed by the Parties in the Settlement Agreement.

Dated:  February 26, 2009				HUNTON & WILLIAMS LLP

						By    /s/
						        ROLAND M. JUAREZ

						Attorneys for Plaintiff and Counterdefendant
						ROBERT HALF INTERNATIONAL INC.

Dated:  February 26, 2009				HINSHAW & CULBERTSON LLP

						By               /s/
						        CLINT ROBISON

						Attorneys for Defendants and Counterclaimants
						BARRETT BUSINESS SERVICES, INC.
						AND TRACI MURRAY

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the foregoing stipulation for dismissal with prejudice, all of the claims and counterclaims by and against the Parties to this action are hereby dismissed with prejudice.  The Parties shall each bear her/its own costs and attorneys' fees, except as otherwise agreed by the Parties in the Settlement Agreement.

IT IS SO ORDERED.

DATED:  _March 2, 2009             ____/s/ Lawrence J. O'Neill__
                                                       Honorable Judge Lawrence J. O'Neill